In the Matter of MARTIN HODGE, Petitioner, v CLARK V. RICHARDSON, Respondent. [890 NYS2d 888]—

Concur—Friedman, J.P., Sweeny, Freedman and Abdus-Salaam, JJ.